# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NICHOLAS W. FULTON, derivatively on behalf of OVASCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHELLE DIPP, RICHARD ALDRICH, JEFFREY D. CAPELLO, MARY FISHER, JOHN HOWE, III, MARC KOZIN, THOMAS MALLEY, and JOHN SEXTON, <br><br> Defendants, <br><br> and, <br><br> OVASCIENCE, INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No: 1:17-cv-00869-RDM <br><br><br> **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** |

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure and for the reasons set forth in the accompanying Memorandum of Law, Plaintiff Nicholas W. Fulton respectfully moves this Court to: (i) preliminarily approve the derivative settlement; and (ii) preliminarily approve the proposed form and manner of notice of the Settlement to OvaScience shareholders.

Dated: June 4, 2018

                                                     Respectfully submitted,

                                                    **RIGRODSKY & LONG, P.A.**

                                                    */s/ Brian D. Long*
                                                    Brian D. Long (#4347)
                                                    300 Delaware Avenue, Suite 1220
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 295-5310
                                                    Facsimile: (302) 654-7530
                                                    Email: bdl@rl-legal.com

                                                    *Counsel for Plaintiff*

*Of Counsel*

**NEWMAN FERRARA LLP**
Jeffrey M. Norton, *pro hac vice*
1250 Broadway, 27th Floor
New York, New York 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
jnorton@nfllp.com

**KRANENBURG**
Werner R. Kranenburg, *pro hac vice*
80-83 Long Lane
London EC1A 9ET
United Kingdom
Telephone: +44-20-3174-0365
werner@kranenburgesq.com