# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NICHOLAS W. FULTON, derivatively on behalf of OVASCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHELLE DIPP, RICHARD ALDRICH, JEFFREY D. CAPELLO, MARY FISHER, JOHN HOWE, III, MARC KOZIN, THOMAS MALLEY, and JOHN SEXTON, <br><br> Defendants, <br><br> and, <br><br> OVASCIENCE, INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No: 1:17-cv-00869-RDM |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Counsel for plaintiff have conferred with counsel for defendants in this action concerning Plaintiffs' Motion for a Preliminary Approval of Derivative Settlement. Counsel for defendants have indicated that they do not oppose the relief sought in the Motion.

Dated: June 4, 2018

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

 */s/ Brian D. Long*
Brian D. Long (#4347)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com

*Counsel for Plaintiff*

*Of Counsel*

**NEWMAN FERRARA LLP**
Jeffrey M. Norton, *pro hac vice*
1250 Broadway, 27th Floor
New York, New York 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
jnorton@nfllp.com

**KRANENBURG**
Werner R. Kranenburg, *pro hac vice*
80-83 Long Lane
London EC1A 9ET
United Kingdom
Telephone: +44-20-3174-0365
werner@kranenburgesq.com